UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NHAN NGUYEN,<br><br>    Plaintiff,<br><br> v.<br><br>JACK RICHARDSON et al,<br><br>    Defendants. | CASE NO. C12-5729 RBL-JRC<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING INSTITUTION TO CALCULATE, COLLECT, AND FORWARD PAYMENTS |

  The Court, having reviewed plaintiff's application to proceed in forma pauperis does hereby find and ORDER.

  (1) Plaintiff's declaration indicates he is unable to afford the court's filing fee or give security therefore. Accordingly, plaintiff's application to proceed as a pauper is **GRANTED. As set forth below, an initial partial filing fee will be collected, and plaintiff is required to make monthly payments of 20 percent of the preceding month's income credited to his/her account until the full amount of the filing fee is satisfied.**

  (2) Pursuant to 28 U.S.C. § 1915 and plaintiff's approved application to proceed in forma pauperis, the agency having custody of the above named plaintiff is directed to calculate

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS AND
DIRECTING INSTITUTION TO CALCULATE,
COLLECT, AND FORWARD PAYMENTS - 1

1 an initial partial filing fee equal to 20 percent of the greater of -- the average monthly deposits to
2 the prisoner's account or the average monthly balance in the prisoner's account for the 6-month
3 period immediately preceding the date of this Order. The initial partial filing fee should be
4 forwarded to the court clerk as soon as practicable.

5       Subsequently, if the prisoner's account exceeds $10.00, each month the agency is
6 directed to collect and forward payments equal to 20 percent of the prisoner's preceding month's
7 income credited to the prisoner's account. In the event that the monthly payment would reduce
8 the prisoner's account below $10.00, the agency should collect and forward only that amount
9 which would reduce the prisoner's account to the $10.00 level. Please note that this $10.00 limit
10 does not apply to the initial partial filing fee described above. Finally, the monthly payments
11 should be collected and forwarded to the court until the entire filing fee ($350.00) for this matter
12 has been paid.

13       (3) The Clerk is directed to send plaintiff a copy of this Order and the General Order,
14 and a copy of this Order along with a copy of plaintiff's Acknowledgment and Authorization
15 portion of the IFP application to the Prison Litigation Reform Act ("PLRA") contact person, the
16 inmate account manager at the Washington Department of Corrections.

17       Dated this 26th day of September, 2012.

                                                                         J. Richard Creatura
                                                                         United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS AND
DIRECTING INSTITUTION TO CALCULATE,
COLLECT, AND FORWARD PAYMENTS - 2